UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CARLOS ST. MARY III,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr.<br><br>25 CRIM 233 |

### COUNT ONE
### (Wire Fraud)

The Grand Jury charges:

1.   From at least in or about April 2021 through at least in or about December 2021, in the Southern District of New York and elsewhere, EDWARD CARLOS ST. MARY III, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, to wit, ST. MARY engaged in a scheme to make false statements to an India-based exporter and manufacturer of natural diamonds (the "Diamond Company") and the Diamond Company's owner in order to fraudulently obtain rough diamonds belonging to the Diamond Company, and, in connection therewith and in furtherance thereof, ST. MARY transmitted and caused to be transmitted interstate electronic mail, telephone calls, and a wire transfer of funds to and from the Southern District of New York and elsewhere.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATION

2.   As a result of committing the offense alleged in Count One of this Indictment, EDWARD CARLOS ST. MARY III, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property: 286.41 carats of rough diamonds as referenced on an invoice dated September 6, 2021 with HSN code 71023100.

### Substitute Assets Provision

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

                (Title 18, United States Code, Section 981;
           Title 21, United States Code, Section 853; and
            Title 28, United States Code, Section 2461.)

_____         _____
FOREPERSON                                    JAY CLAYTON
                                                                     United States Attorney