UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>EDWARD CARLOS ST. MARY III,<br><br>    Defendant. | No. 25-CR-233 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The parties shall appear for Defendant's arraignment and detention hearing on June 9, 2025 at 11:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:  May 28, 2025
     New York, New York

              _____
              LORETTA A. PRESKA
              Senior United States District Judge