UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>EDWARD CARLOS ST. MARY III,<br><br>　　　　　　　Defendant. | No. 25-CR-233 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The hearing currently scheduled for June 9, 2025 is adjourned to June 12, 2025 at 10:00 a.m.

**SO ORDERED.**

Dated:　　June 5, 2025
　　　　　New York, New York

　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　Senior United States District Judge