# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

August 31, 2025

**BY ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *United States. v. Edward Carlos St Mary*, 25-cr-0233

Dear Judge Preska:

We respectfully write, with the consent of the government, to request an approximately two-week adjournment of Wednesday's status conference.

Over the last few weeks, the parties have begun discussing the possibility of a resolution in this case. Those discussions are ongoing, and the Parties believe an additional two weeks' time would be helpful in possibly allowing the parties to reach an agreement. In addition, defense counsel for Mr. St. Mary has two other court appearances in other cases on Wednesday afternoon.

For these reasons, we respectfully request an approximately two-week adjournment of this week's appearance. The Defense does not oppose the exclusion of time until the re-scheduled court appearance.

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Remy Grosbard (via ECF)
AUSA Ariana Bloom (via ECF)

```
The conference currently scheduled for
September 3, 2025 is adjourned to September
18, 2025 at 11:30 a.m.  Time is excluded
under the provisions of the Speedy Trial Act
in the interests of justice until September
18, 2025.  The Clerk of the Court shall
close docket number 15.
```

**SO ORDERED.**

Dated: September 2, 2025

_____
LORETTA A. PRESKA, U.S.D.J.